UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                 Chapter 11
    Advanced Chimney Inc.                              Case No.: 08-74464-ast
                                Debtor.
-----------------------------------------------------------X

### ORDER AUTHORIZING RETENTION AND COMPENSATION OF ACCOUNTANT BY DEBTOR-IN-POSSESSION

      Upon the application dated October 9, 2008 ("Application") of Advanced Chimney, Inc., Debtor and Debtor-in-Possession by its attorneys Macco & Stern, LLP in the above-captioned Chapter 11 case ("Debtor" or "Applicant"), seeking an Order pursuant to 11 U.S.C. §327(a), authorizing Debtor to retain Weisman & Company, C.P.A. of 170 North Country Road, Suite 2, Port Jefferson, NY 11777 ("W&C") as its accountant with respect to Debtor's Chapter 11 case, and

      Upon the Annexed Affidavit of Lanny J. Weisman, CPA, sworn to on the 7th day of October, 2008 ("Affidavit") and the Application having been submitted to the Office of the United States Trustee, and no other notice of the Application being required by Bankruptcy Rule 2014(a) and there being no opposition to the granting of the relief requested, and after due deliberation and sufficient cause appearing therefore, and it appearing to the satisfaction of this Court that (1) W&C neither represents nor holds any interest adverse to the estate in the matters upon which it is to be engaged, (2) W&C is a disinterested person as that term is defined in the Bankruptcy Code, and (3) W&C's employment is necessary and in the best interest of Debtor and the estate herein, it is hereby,

      **ORDERED**, pursuant to 11 U.S.C.§327, that Debtor be and hereby is authorized to employ and retain W&C as its accountant under a general retainer with respect to Debtor's Chapter 11 as of the date of filing, and it is further

      **ORDERED**, that compensation to W&C for the accounting services rendered herein shall be allowed only upon written application made and approved by this Court in accordance with 11 USC §§328, 330 and 331

Dated: Central Islip, New York
       October 17, 2008

*/s/ Alan S. Trust*
Alan S. Trust
United States Bankruptcy Judge                *No Objection*:
                                                             OFFICE OF THE U.S. TRUSTEE
                                                             By:   *s/ Alfred M. Dimino*