# EXHIBIT E



## COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of June 30, 2016, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection. We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions. Furthermore, there will usually be differences between the projected and actual results because events and circumstances frequently do not occur as expected, and those differences may be material. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants. If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period. Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

*Fuoco Group, LLP*

Hauppauge, New York
April 30, 2015

ADVANCED CHIMNEY INC.
PROJECTED BALANCE SHEET
AS OF JUNE 30, 2016

| **ASSETS** | | | **6/30/2016** |
|---|---|---|---|
| Current Assets | | | |
| Cash and cash equivalents | | $ | 4,950 |
| Total Current Assets | | | 4,950 |
| | | | |
| **Total Assets** | | $ | 4,950 |

| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
|---|---|---|---|
| Liabilities | | | |
| Unsecured Liabilites | | $ | 23,310 |
| Unsecured Liabilites - Current | | | 4,662 |
| Total Liabilities | | | 27,972 |
| | | | |
| Shareholders' Equity | | | |
| Common Stock (issued and outstanding) | | | 1,000 |
| Retained Earnings 7/1/15 | (28,389) | | |
| Net Income | 4,367 | | (24,022) |
| | | | |
| Total Shareholders' Equity | | | (23,022) |
| | | | |
| **Total Liabilities and Shareholders' Equity** | | $ | 4,950 |

ADVANCED CHIMNEY INC.
PROJECTED STATEMENT OF EARNINGS
FOR THE YEAR ENDED JUNE 30, 2016

| REVENUES | | 6/30/2016 |
|---|---|---|
| Income from sales | $ | 3,845,153 |
| Less:  Customer Refunds | | (15,204) |
| Net Revenue | | 3,829,949 |
| | | |
| Cost of Sales: | | |
| Auto and truck expense | | 250,061 |
| Purchases of parts and materials | | 1,062,618 |
| Subcontractors | | 1,463,154 |
| Customer repairs | | 3,541 |
| Equipment rentals | | 94,118 |
| Building Permits | | 16,776 |
| Carting | | 931 |
| Shipping Costs | | 952 |
| Total Cost of Sales | | 2,892,151 |
| | | |
| **Gross Profit** | | 937,798 |

| OPERATING EXPENSES | |
|---|---|
| Advertising | 208,103 |
| Trade shows | 23,033 |
| Employee benefit programs | 8,834 |
| Professional fees | 48,639 |
| Officer wages | 40,979 |
| Other salaries | 224,455 |
| Payroll taxes | 26,923 |
| Payroll service fees | 4,105 |
| Commissions | 5,839 |
| Lead fees | 40,085 |
| Bartering fees | 1,756 |
| Insurance | 14,645 |
| Membership dues | 5,505 |
| Bank and credit card fees | 56,768 |
| Depreciation expense | 6,999 |
| Amortization expense | 1,994 |
| Licenses and permits | 44,645 |
| Office expenses | 21,154 |
| Repairs and maintenance | 16,960 |
| Rent expense | 67,560 |
| Sanitation | 16,221 |
| Telephone | 14,167 |
| Utilities | 11,664 |
| Travel | 1,605 |
| Meals | 4,139 |
| Court Costs | 9,750 |
| Interest Expense | 5,677 |
| Corporate state taxes | 1,225 |
| | |
| Total Operating Expenses | 933,431 |
| | |
| **NET INCOME** | $            4,367 |



## COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of June 30, 2017, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection. We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions. Furthermore, there will usually be differences between the projected and actual results because events and circumstances frequently do not occur as expected, and those differences may be material. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants. If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period. Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

*Fuoco Group, LLP*

Hauppauge, New York
April 30, 2015

ADVANCED CHIMNEY INC.
PROJECTED BALANCE SHEET
AS OF JUNE 30, 2017

| **ASSETS** | | **6/30/2017** |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | $ | 4,311 |
| Total Current Assets | | 4,311 |
| | | |
| **Total Assets** | $ | 4,311 |

**LIABILITIES AND SHAREHOLDERS' EQUITY**

| | | | |
|---|---|---|---|
| Liabilities | | | |
| Unsecured Liabilites | | $ | 18,648 |
| Unsecured Liabilites - Current | | | 4,662 |
| Total Liabilities | | | 23,310 |
| | | | |
| Shareholders' Equity | | | |
| Common Stock (issued and outstanding) | | | 1,000 |
| Retained Earnings 7/1/16 | (24,022) | | |
| Net Income | 4,023 | | (19,999) |
| | | | |
| Total Shareholders' Equity | | | (18,999) |
| | | | |
| **Total Liabilities and Shareholders' Equity** | | $ | 4,311 |

**See Accountant's Compilation of a Financial Projection Letter**

ADVANCED CHIMNEY INC.
PROJECTED STATEMENT OF EARNINGS
FOR THE YEAR ENDED JUNE 30, 2017

| REVENUES | | 6/30/2017 |
|---|---|---|
| Income from sales | $ | 3,930,958 |
| Less: Customer Refunds | | (15,204) |
| Net Revenue | | 3,915,754 |
| | | |
| Cost of Sales: | | |
| Auto and truck expense | | 257,563 |
| Purchases of parts and materials | | 1,094,497 |
| Subcontractors | | 1,507,049 |
| Customer repairs | | 3,647 |
| Equipment rentals | | 96,942 |
| Building Permits | | 17,279 |
| Carting | | 959 |
| Shipping Costs | | 980 |
| Total Cost of Sales | | 2,978,916 |
| | | |
| **Gross Profit** | | 936,838 |

| OPERATING EXPENSES | |
|---|---|
| Advertising | 210,184 |
| Trade shows | 23,263 |
| Employee benefit programs | 8,922 |
| Professional fees | 49,125 |
| Officer wages | 41,389 |
| Other salaries | 226,699 |
| Payroll taxes | 27,192 |
| Payroll service fees | 4,146 |
| Commissions | 5,897 |
| Lead fees | 40,486 |
| Bartering fees | 1,773 |
| Insurance | 14,791 |
| Membership dues | 5,560 |
| Bank and credit card fees | 57,336 |
| Depreciation expense | 6,999 |
| Amortization expense | 1,994 |
| Licenses and permits | 45,092 |
| Office expenses | 21,366 |
| Repairs and maintenance | 17,130 |
| Rent expense | 68,236 |
| Sanitation | 16,383 |
| Telephone | 14,309 |
| Utilities | 11,781 |
| Travel | 1,621 |
| Meals | 4,180 |
| Court Costs | - |
| Interest Expense | 5,734 |
| Corporate state taxes | 1,225 |
| | |
| Total Operating Expenses | 932,815 |
| | |
| **NET INCOME** | $ 4,023 |



## COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of June 30, 2018, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection. We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions. Furthermore, there will usually be differences between the projected and actual results because events and circumstances frequently do not occur as expected, and those differences may be material. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants. If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period. Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

*Fuoco Group, LLP*

Hauppauge, New York
April 30, 2015

ADVANCED CHIMNEY INC.
PROJECTED BALANCE SHEET
AS OF JUNE 30, 2018

| **ASSETS** | | **6/30/2018** |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | $ | 5,357 |
| Total Current Assets | | 5,357 |
| | | |
| **Total Assets** | $ | 5,357 |

**LIABILITIES AND SHAREHOLDERS' EQUITY**

| | | | |
|---|---|---|---|
| Liabilities | | | |
| Unsecured Liabilites | $ | | 13,986 |
| Unsecured Liabilites - Current | | | 4,662 |
| Total Liabilities | | | 18,648 |
| | | | |
| Shareholders' Equity | | | |
| Common Stock (issued and outstanding) | | | 1,000 |
| Retained Earnings 7/1/17 | | (19,999) | |
| Net Income | | 5,708 | (14,291) |
| | | | |
| Total Shareholders' Equity | | | (13,291) |
| | | | |
| **Total Liabilities and Shareholders' Equity** | $ | | 5,357 |

**See Accountant's Compilation of a Financial Projection Letter**

ADVANCED CHIMNEY INC.
PROJECTED STATEMENT OF EARNINGS
FOR THE YEAR ENDED JUNE 30, 2018

| REVENUES | 6/30/2018 |
|---|---|
| Income from sales | $ 4,031,237 |
| Less: Customer Refunds | (15,204) |
| Net Revenue | 4,016,033 |
| | |
| Cost of Sales: | |
| Auto and truck expense | 265,290 |
| Purchases of parts and materials | 1,127,331 |
| Subcontractors | 1,552,260 |
| Customer repairs | 3,757 |
| Equipment rentals | 99,850 |
| Building Permits | 17,797 |
| Carting | 988 |
| Shipping Costs | 1,010 |
| Total Cost of Sales | 3,068,283 |
| | |
| **Gross Profit** | 947,749 |

| OPERATING EXPENSES | |
|---|---|
| Advertising | 212,286 |
| Trade shows | 23,496 |
| Employee benefit programs | 9,012 |
| Professional fees | 49,617 |
| Officer wages | 41,803 |
| Other salaries | 228,966 |
| Payroll taxes | 27,464 |
| Payroll service fees | 4,188 |
| Commissions | 5,956 |
| Lead fees | 40,891 |
| Bartering fees | 1,791 |
| Insurance | 14,939 |
| Membership dues | 5,616 |
| Bank and credit card fees | 57,909 |
| Depreciation expense | 6,999 |
| Amortization expense | 1,994 |
| Licenses and permits | 45,542 |
| Office expenses | 21,579 |
| Repairs and maintenance | 17,301 |
| Rent expense | 68,918 |
| Sanitation | 16,547 |
| Telephone | 14,452 |
| Utilities | 11,898 |
| Travel | 1,637 |
| Meals | 4,222 |
| Court Costs | - |
| Interest Expense | 5,791 |
| Corporate state taxes | 1,225 |
| | |
| Total Operating Expenses | 942,041 |
| | |
| **NET INCOME** | $ 5,708 |



## COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of June 30, 2019, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection. We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions. Furthermore, there will usually be differences between the projected and actual results because events and circumstances frequently do not occur as expected, and those differences may be material. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants. If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period. Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

*Fuoco Group, LLP*

Hauppauge, New York
April 30, 2015

ADVANCED CHIMNEY INC.
PROJECTED BALANCE SHEET
AS OF JUNE 30, 2019

| **ASSETS** | | **6/30/2019** |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | $ | 4,894 |
| Total Current Assets | | 4,894 |
| | | |
| **Total Assets** | $ | 4,894 |

**LIABILITIES AND SHAREHOLDERS' EQUITY**

| Liabilities | | | |
|---|---|---|---|
| Unsecured Liabilites | $ | | 9,324 |
| Unsecured Liabilites - Current | | | 4,662 |
| Total Liabilities | | | 13,986 |
| | | | |
| Shareholders' Equity | | | |
| Common Stock (issued and outstanding) | | | 1,000 |
| Retained Earnings 7/1/18 | | (14,291) | |
| Net Income | | 4,199 | (10,092) |
| | | | |
| Total Shareholders' Equity | | | (9,092) |
| | | | |
| **Total Liabilities and Shareholders' Equity** | $ | | 4,894 |

ADVANCED CHIMNEY INC.
PROJECTED STATEMENT OF EARNINGS
FOR THE YEAR ENDED JUNE 30, 2019

| REVENUES | | 6/30/2019 |
|---|---|---|
| Income from sales | $ | 4,131,094 |
| Less:  Customer Refunds | | (15,204) |
| Net Revenue | | 4,115,890 |
| | | |
| Cost of Sales: | | |
| Auto and truck expense | | 273,249 |
| Purchases of parts and materials | | 1,161,151 |
| Subcontractors | | 1,598,828 |
| Customer repairs | | 3,869 |
| Equipment rentals | | 102,846 |
| Building Permits | | 18,331 |
| Carting | | 1,017 |
| Shipping Costs | | 1,040 |
| Total Cost of Sales | | 3,160,332 |
| | | |
| **Gross Profit** | | 955,558 |

| OPERATING EXPENSES | |
|---|---|
| Advertising | 214,409 |
| Trade shows | 23,731 |
| Employee benefit programs | 9,102 |
| Professional fees | 50,113 |
| Officer wages | 42,221 |
| Other salaries | 231,256 |
| Payroll taxes | 27,739 |
| Payroll service fees | 4,230 |
| Commissions | 6,016 |
| Lead fees | 41,300 |
| Bartering fees | 1,809 |
| Insurance | 15,089 |
| Membership dues | 5,672 |
| Bank and credit card fees | 58,489 |
| Depreciation expense | 6,999 |
| Amortization expense | 1,994 |
| Licenses and permits | 45,998 |
| Office expenses | 21,795 |
| Repairs and maintenance | 17,474 |
| Rent expense | 69,607 |
| Sanitation | 16,712 |
| Telephone | 14,597 |
| Utilities | 12,017 |
| Travel | 1,654 |
| Meals | 4,264 |
| Court Costs | - |
| Interest Expense | 5,849 |
| Corporate state taxes | 1,225 |
| | |
| Total Operating Expenses | 951,359 |
| | |
| **NET INCOME** | $        4,199 |



COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of June 30, 2020, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants.  The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection.  We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions.  Furthermore, there will usually be differences between the projected and actual results because events and circumstances frequently do not occur as expected, and those differences may be material.  We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants.  If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period.  Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.


*Fuoco Group, LLP*

Hauppauge, New York
April 30, 2015

ADVANCED CHIMNEY INC.
PROJECTED BALANCE SHEET
AS OF JUNE 30, 2020

| **ASSETS** | | **6/30/2020** |
|---|---|---|
| Current Assets | | |
|    Cash and cash equivalents | $ | 5,090 |
|      Total Current Assets | | 5,090 |
| | | |
| **Total Assets** | $ | 5,090 |

**LIABILITIES AND SHAREHOLDERS' EQUITY**

| | | | |
|---|---|---|---|
| Liabilities | | | |
|    Unsecured Liabilites | | $ | 4,662 |
|    Unsecured Liabilites - Current | | | - |
|      Total Liabilities | | | 4,662 |
| | | | |
| Shareholders' Equity | | | |
|    Common Stock (issued and outstanding) | | | 1,000 |
|    Retained Earnings 7/1/19 | (10,092) | | |
|      Net Income | 9,520 | | (572) |
| | | | |
|      Total Shareholders' Equity | | | 428 |
| | | | |
| **Total Liabilities and Shareholders' Equity** | | $ | 5,090 |

**See Accountant's Compilation of a Financial Projection Letter**

ADVANCED CHIMNEY INC.
PROJECTED STATEMENT OF EARNINGS
FOR THE YEAR ENDED JUNE 30, 2020

| REVENUES | | 6/30/2020 |
|---|---|---|
| Income from sales | $ | 4,240,637 |
| Less:  Customer Refunds | | (15,204) |
| Net Revenue | | 4,225,433 |
| | | |
| Cost of Sales: | | |
| Auto and truck expense | | 281,446 |
| Purchases of parts and materials | | 1,195,986 |
| Subcontractors | | 1,646,793 |
| Customer repairs | | 3,986 |
| Equipment rentals | | 105,931 |
| Building Permits | | 18,881 |
| Carting | | 1,048 |
| Shipping Costs | | 1,071 |
| Total Cost of Sales | | 3,255,142 |
| | | |
| **Gross Profit** | | 970,291 |

| OPERATING EXPENSES | |
|---|---|
| Advertising | 216,553 |
| Trade shows | 23,968 |
| Employee benefit programs | 9,193 |
| Professional fees | 50,614 |
| Officer wages | 42,643 |
| Other salaries | 233,568 |
| Payroll taxes | 28,016 |
| Payroll service fees | 4,272 |
| Commissions | 6,076 |
| Lead fees | 41,713 |
| Bartering fees | 1,827 |
| Insurance | 15,240 |
| Membership dues | 5,729 |
| Bank and credit card fees | 59,073 |
| Depreciation expense | 6,999 |
| Amortization expense | 1,994 |
| Licenses and permits | 46,458 |
| Office expenses | 22,013 |
| Repairs and maintenance | 17,649 |
| Rent expense | 70,303 |
| Sanitation | 16,879 |
| Telephone | 14,743 |
| Utilities | 12,138 |
| Travel | 1,670 |
| Meals | 4,307 |
| Court Costs | - |
| Interest Expense | 5,908 |
| Corporate state taxes | 1,225 |
| | |
| Total Operating Expenses | 960,771 |

| **NET INCOME** | $ | 9,520 |
|---|---|---|