UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

        Advanced Chimney, Inc.,

                              Debtor
-------------------------------------------------------------x

Case No. 14-73667 (AST)

Chapter 11

## ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING TIME FOR FILING OBJECTION TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON CONFIRMATION OF THE PLAN

Advanced Chimney, Inc., the above-referenced debtor and debtor-in-possession (the "Debtor"), by and through its counsel, Macco & Stern, LLP, filed an Amended Disclosure Statement (the "Disclosure Statement") [dkt item 45], and an Amended Plan of Reorganization (the "Plan") [dkt item 46], under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and a hearing to consider the adequacy of the Disclosure Statement was held before the undersigned on June 3, 2015, and any objections to the Disclosure Statement were withdrawn or overruled, and no further hearing being required; and the Court having reviewed the Disclosure Statement and the Plan, and after due deliberation and sufficient cause appearing therefore, it is hereby

**IT IS ORDERED,** and notice is hereby given, that:

A.      The Disclosure Statement is approved in accordance with 11 U.S.C. § 1125.

B.      The hearing to consider confirmation of the Plan, and any objections thereto, shall be held on **July 15, 2015 at 10:00 a.m.**, before the Honorable Alan S. Trust, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, in Courtroom 960 of the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central

Islip, New York 11722, pursuant to Rule 3017(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

C.     On or before **June 12, 2015**, Debtor shall serve by first class mail a copy of this Order, the Plan and the Disclosure Statement, and a ballot conforming to Official Form 14, on all creditors, equity security interest holders, and all other parties in interest, and shall be transmitted to the Office of the United States Trustee ("UST") as provided in Bankruptcy Rule 3017(d); proof of such service shall be filed by **June 19, 2015**.

D.     All ballots voting in favor of or against the Plan must be submitted so as to be actually received by Debtor's counsel by no later than **July 8, 2015**. Ballots may be submitted: (i) by regular or overnight mail to Macco & Stern, LLP, Attn: Cooper J Macco, Esq., 135 Pinelawn Road, Suite 120 South, Melville, New York 11747, (ii) by e-mail to CMacco@MaccoSternLaw.com; or (iii) by facsimile to (631) 549-7845.

E.     On or before **July 9, 2015 at 10:00 a.m.**, Debtor shall email the results of the tallying of the ballots to the UST.

F.     Other than objections filed by the UST, all objections to confirmation of the Plan must be made in writing, must set forth with particularity the ground(s) for such objection, and must be filed with the Clerk of the U.S. Bankruptcy Court, Eastern District of New York by **July 8, 2015 at 5:00 p.m.**, with a hard copy sent to (1) Debtor's counsel, Macco & Stern, LLP, Attn: Cooper J Macco, Esq., 135 Pinelawn Road, Suite 120 South, Melville, New York 11747; (2) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Y. Yang; and (3) all parties that have filed notices of appearance in this case.

G.     The UST may file any objections to confirmation of the Plan by no later than **July 13, 2015 at 5:00 p.m.**

      H.      On or before **July 13, 2015,** counsel for the Debtor shall file a ballot tally and an affidavit and/or brief in support of confirmation as to the results of the voting for acceptance or rejection of the Plan.

NO OBJECTIONS:

/S/  Stan Y. Yang 6/4/2015
Office of the United States Trustee



**Dated: June 5, 2015**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**