In re ADVANCED CHIMNEY INC. - CHAPTER 11       Case No. _____
Debtor      Reporting Period: 9/01/08 - 2/28/09

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | | PERIOD SEP. 1, 2008 - FEB. 28, 2009 |
|---|---|---|
| Gross Revenues | | 1,789,728.56 |
| Less: Returns and Allowances | | 252,968.42 |
| Net Revenue | | **2,042,696.98** |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | - |
| Add: Purchases | | - |
| Add: Cost of Labor | | - |
| Add: Other Costs *(attach schedule)* | | 769,296.46 |
| Less: Ending Inventory | | - |
| Cost of Goods Sold | | 769,296.46 |
| Gross Profit | | **1,273,400.52** |
| **OPERATING EXPENSES** | | |
| Advertising | | 130,600.20 |
| Auto and Truck Expense | | - |
| Bad Debts | | - |
| Contributions | | - |
| Employee Benefits Programs | | 18,925.47 |
| Officer/Insider Compensation* | | 47,500.00 |
| Insurance | | 100,038.85 |
| Management Fees/Bonuses | | - |
| Office Expense | | 21,973.00 |
| Pension & Profit-Sharing Plans | | - |
| Repairs and Maintenance | | 10,495.69 |
| Rent and Lease Expense | | 34,415.00 |
| Salaries/Commissions/Fees | | 750,620.97 |
| Supplies | | - |
| Taxes - Payroll | | 69,598.06 |
| Taxes - Real Estate | | - |
| Taxes - Other | | 1,300.00 |
| Travel and Entertainment | | 4,268.31 |
| Utilities | | 6,531.91 |
| Other *(attach schedule)* | | 65,877.86 |
| Total Operating Expenses Before Depreciation | | **1,262,145.32** |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | **11,255.20** |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | - |
| Interest Expense | | (1,139.63) |
| Other Expense *(attach schedule)* | | - |
| Net Profit (Loss) Before Reorganization Items | | **10,115.57** |

In re ADVANCED CHIMNEY INC. - CHAPTER 11    Case No. _____
      Debtor                                 Reporting Period: 9/01/08 - 2/28/09

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | 39,946.54 |
| U. S. Trustee Quarterly Fees | | 11,375.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | - |
| Gain (Loss) from Sale of Equipment | | - |
| Other Reorganization Expenses *(attach schedule)* | | - |
| Total Reorganization Expenses | | 51,321.54 |
| Income Taxes | | |
| Net Profit (Loss) | | (41,205.97) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| Auto & Truck Expenses | | 117,151.94 |
| Purchases of Parts & Materials | | 506,995.91 |
| Subcontractors | | 124,988.07 |
| Customer Repairs | | 16,424.17 |
| Equipment Rental For Jobs | | 3,091.14 |
| | | 645.23 |
| | | 768,651.23 |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| Finance Charges | | 203.90 |
| Bank and Credit Card Fees | | 19,167.79 |
| Barter Fees | | 5,922.76 |
| Licenses & Permits | | 5,392.18 |
| Medical Expenses | | 2,859.44 |
| Telephone Expenses | | 19,997.99 |
| Payroll Service | | 4,645.49 |
| Postage | | 1,794.24 |
| Membership Dues | | 3,428.03 |
| Website/Computer Expenses | | - |
| Penalties | | 2,356.91 |
| Uniforms | | 109.13 |
| | | - |
| | | 65,877.86 |
| | | |

In re ADVANCED CHIMNEY INC. - CHAPTER 11
Debtor

Case No. _____

Reporting Period: as of 2/28/09

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH 2/28/09 |
|---|---|
| **CURRENT ASSETS** | |
| Unrestricted Cash and Equivalents | 170,369.22 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | |
| Accounts Receivable (Net) | |
| Notes Receivable | |
| Inventories | |
| Prepaid Expenses | |
| Professional Retainers | |
| Other Current Assets *(attach schedule)* | 19,872.79 |
| TOTAL CURRENT ASSETS | 190,242.01 |
| **PROPERTY & EQUIPMENT** | |
| Real Property and Improvements | |
| Machinery and Equipment | 51,697.07 |
| Furniture, Fixtures and Office Equipment | 13,814.34 |
| Leasehold Improvements | 10,171.92 |
| Vehicles | 479,506.20 |
| Intangibles | 1,600.00 |
| Less: Accumulated Depreciation / Amortization | (542,137.96) |
| TOTAL PROPERTY & EQUIPMENT | 14,651.57 |
| **OTHER ASSETS** | |
| Amounts due from Insiders* | |
| Other Assets *(attach schedule)* | |
| TOTAL OTHER ASSETS | |
| TOTAL ASSETS | 204,893.58 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | |
| Accounts Payable | |
| Taxes Payable *(refer to FORM MOR-4)* | 5,105.18 |
| Wages Payable | |
| Notes Payable | - |
| Rent / Leases - Building/Equipment | |
| Secured Debt / Adequate Protection Payments | |
| Professional Fees | 19,031.25 |
| Amounts Due to Insiders* | (31,052.97) |
| Other Post-petition Liabilities *(attach schedule)* | |
| TOTAL POST-PETITION LIABILITIES | (6,916.54) |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | |
| Secured Debt | 300,000.00 |
| Priority Debt | |
| Unsecured Debt | 123,709.00 |
| TOTAL PRE-PETITION LIABILITIES | 423,709.00 |
| TOTAL LIABILITIES | 416,792.46 |

In re ADVANCED CHIMNEY INC. - CHAPTER 11
Debtor

Case No.

| OWNERS' EQUITY | |
|---|---:|
| Capital Stock | 1,000.00 |
| Additional Paid-In Capital | |
| Partners' Capital Account | |
| Owner's Equity Account | |
| Retained Earnings - Pre-Petition | |
| Retained Earnings - Post-petition | (212,898.88) |
| Adjustments to Owner Equity *(attach schedule)* | |
| Post-petition Contributions *(attach schedule)* | |
| *NET OWNERS' EQUITY* | (211,898.88) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **204,893.58** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---:|
| Other Current Assets | |
| Due to / from barter exchange | 22,077.99 |
| Undeposited Funds | |
| Payroll Exchange | (2,205.20) |
| | |
| | |
| | |
| Other Assets | 19,872.79 |
| | |
| | |
| | |
| | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---:|
| Other Post-petition Liabilities | |
| | |
| | |
| | |
| Adjustments to Owner's Equity | |
| | |
| | |
| Post-Petition Contributions | |
| | |
| | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

Re: Advanced Chimney, Inc.
    Chapter 11
    Case No.:808-74464-ast

### ESTIMATED LIQUIDATION ANALYSIS OF DEBTOR'S ASSETS
### AS OF MAY 1, 2009

| ASSETS | FAIR MARKET VALUE | ESTIMATED LIQUIDATION VALUE OF ASSETS |
|---|---|---|
| Cash, Equivalents and Credit Card Receipts | $160,000.00 | $160,000.00 |
| Vehicles and Office Equipment | $43,000.00 | $20,500.00 |
| Inventory and Raw Materials | $2,000.00 | $200.00 |
| | **TOTAL:** | **$180,700.00** |

### ESTIMATED DISTRIBUTION IN EVENT OF CONVERSION
### AND LIQUIDATION IN CHAPTER 7 AS OF MAY 1, 2009

| Type of Debt | Amount Owed | Estimated Payment |
|---|---|---|
| Estimated Liquidation Value above | $180,700.00 | $180,700.00 |
| Secured Claims | $0 | $0 |
| Chapter 7 Administrative Claims<br>　i)　trustee commissions<br>　ii)　trustee counsel legal fees<br>　iii)　auction, costs and expenses | <br>$3,500.00<br>$15,000.00<br>$7,000.00 | <br>$3,500.00<br>$15,000.00<br>$7,000.00 |
| Chapter 11Administrative Claims<br>　i)　bankruptcy counsel<br>　ii)　accounting firm<br>　iii)　counsel for creditors committee<br>　iv)　post-petition taxes and trade debt | <br>$50,000.00<br>$25,000.00<br>$0.00<br>$0 | <br>$50,000.00<br>$25,000.00<br>$0.00<br>$0.00 |
| Priority Unsecured Claims | $661,619.91 | $80,200.00 |
| General Unsecured Claims | $123,709.01 | $0.00 |
| **Proceeds Available for Unsecured Creditors** | | **$0.00** |

As set forth above, the estimated distribution to unsecured creditors in the event of liquidation is 0%. In contrast, the Debtor's Plan of Reorganization proposes to pay 100% of the allowed unsecured claims over the plan period.

**WEISMAN & COMPANY**
CERTIFIED PUBLIC ACCOUNTANTS

170 NORTH COUNTRY ROAD
SUITE 2
PORT JEFFERSON, NEW YORK  11777

---

TEL: (631) 331-1111
FAX: (631) 331-1074

LANNY J. WEISMAN, CPA

MEMBERS
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
NEW YORK STATE SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of December 31, 2009, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants.  The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection.  We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions.  We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants.  If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period.  Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

WEISMAN & COMPANY, CPA'S

_/s/ Lanny J. Weisman_
Lanny J. Weisman, CPA

April 7, 2009

# ADVANCED CHIMNEY INC.
## PROJECTED BALANCE SHEET
## AS OF DECEMBER 31, 2009

| ASSETS | | 12/31/2009 |
|---|---|---:|
| **Current Assets** | | |
| Cash and cash equivalents | $ | 257,177 |
| Total Current Assets | | 257,177 |
| | | |
| **Fixed Assets:** | | |
| Machinery & Equipment | | 51,697 |
| Furniture, Fixtures and Office Equipment | | 13,814 |
| Leasehold Improvements | | 10,172 |
| Vehicles | | 479,506 |
| Intangibles | | 1,600 |
| Less: Accumulated Depreciation/Amortization | | (545,979) |
| Total Fixed Assets | | 10,810 |
| | | |
| **Total Assets** | $ | 267,987 |

### LIABILITIES AND SHAREHOLDERS' EQUITY

| | | | |
|---|---:|---:|---:|
| **Liabilities** | | $ | - |
| Priority Liabilities | | | 268,114 |
| Secured Liabilities | | | 108,500 |
| Unsecured Liabilites | | | |
| Total Liabilities | | | 376,614 |
| | | | |
| **Shareholders' Equity** | | | |
| Common Stock (issued and outstanding) | | | 1,000 |
| Retained Earnings 1/1/09 | (169,620) | | |
| Net Income | 59,993 | | (109,627) |
| | | | |
| Total Shareholders' Equity | | | (108,627) |
| | | | |
| **Total Liabilities and Shareholders' Equity** | | $ | 267,987 |

See Accountant's Compilation of a Financial Projection Letter

# ADVANCED CHIMNEY INC.
## PROJECTED STATEMENT OF EARNINGS
## FOR THE YEAR ENDED DECEMBER 31, 2009

|  | 12/31/2009 |
|---|---:|
| **REVENUES** | |
| Income from sales | $ 3,691,729 |
| Less: Customer Refunds | (9,617) |
| Net Revenue | 3,682,112 |
| | |
| Cost of Sales: | |
| Auto and truck expense | 344,785 |
| Purchases of parts and materials | 789,000 |
| Subcontractors | 122,279 |
| Customer repairs | 8,847 |
| Equipment rentals | 2,949 |
| Total Cost of Sales | 1,267,860 |
| | |
| **Gross Profit** | 2,414,252 |
| | |
| **OPERATING EXPENSES** | |
| Advertising | 207,115 |
| Employee benefit programs | 49,622 |
| Professional fees | 61,950 |
| Officer wages | 123,600 |
| Other salaries | 1,287,906 |
| Payroll taxes | 123,191 |
| Payroll service fees | 9,062 |
| Commissions | 27,011 |
| Lead fees | 25,162 |
| Bartering fees | 2,320 |
| Insurance | 147,484 |
| Membership dues | 5,284 |
| Bank and credit card fees | 31,908 |
| Depreciation expense | 3,521 |
| Amortization expense | 320 |
| Licenses and permits | 10,562 |
| Office expenses | 25,375 |
| Repairs and maintenance | 2,141 |
| Rent expense | 81,215 |
| Sanitation | 16,057 |
| Telephone | 52,791 |
| Utilities | 12,300 |
| Travel | 16,596 |
| Meals | 2,859 |
| Trustee Fees | 13,000 |
| Court Costs | 3,000 |
| Interest Expense | 12,907 |
| | |
| Total Operating Expenses | 2,354,259 |
| | |
| **NET INCOME** | $ 59,993 |

See Accountant's Compilation of a Financial Projection Letter

**WEISMAN & COMPANY**
CERTIFIED PUBLIC ACCOUNTANTS

170 NORTH COUNTRY ROAD
SUITE 2
PORT JEFFERSON, NEW YORK 11777

TEL: (631) 331-1111
FAX: (631) 331-1074

LANNY J. WEISMAN, CPA

MEMBERS
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
NEW YORK STATE SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

## COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of December 31, 2010, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection. We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants. If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period. Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

WEISMAN & COMPANY, CPA'S

_Lanny J. Weisman_
Lanny J. Weisman, CPA

April 7, 2009

# ADVANCED CHIMNEY INC.
# PROJECTED BALANCE SHEET
# AS OF DECEMBER 31, 2010

| ASSETS | | 12/31/2010 |
|---|---|---:|
| **Current Assets** | | |
| Cash and cash equivalents | $ | 268,417 |
| Total Current Assets | | 268,417 |
| | | |
| **Fixed Assets:** | | |
| Machinery & Equipment | | 51,697 |
| Furniture, Fixtures and Office Equipment | | 13,814 |
| Leasehold Improvements | | 10,172 |
| Vehicles | | 479,506 |
| Intangibles | | 1,600 |
| Less: Accumulated Depreciation/Amortization | | (546,638) |
| Total Fixed Assets | | 10,151 |
| | | |
| **Total Assets** | $ | 278,568 |

### LIABILITIES AND SHAREHOLDERS' EQUITY

| | | | |
|---|---:|---:|---:|
| Liabilities | | | |
| Priority Liabilities | $ | | - |
| Secured Liabilities | | | 199,890 |
| Unsecured Liabilites | | | 77,500 |
| Total Liabilities | | | 277,390 |
| | | | |
| Shareholders' Equity | | | |
| Common Stock (issued and outstanding) | | | 1,000 |
| Retained Earnings 1/1/10 | | (109,627) | |
| Net Income | | 109,805 | 178 |
| | | | |
| Total Shareholders' Equity | | | 1,178 |
| | | | |
| **Total Liabilities and Shareholders' Equity** | $ | | 278,568 |

**See Accountant's Compilation of a Financial Projection Letter**

# ADVANCED CHIMNEY INC.
## PROJECTED STATEMENT OF EARNINGS
## FOR THE YEAR ENDED DECEMBER 31, 2010

| REVENUES | 12/31/2010 |
|---|---:|
| Income from sales | $ 3,876,315 |
| Less: Customer Refunds | (10,098) |
| Net Revenue | 3,866,218 |
| | |
| Cost of Sales: | |
| Auto and truck expense | 362,024 |
| Purchases of parts and materials | 828,449 |
| Subcontractors | 128,393 |
| Customer repairs | 9,290 |
| Equipment rentals | 3,096 |
| Total Cost of Sales | 1,331,253 |
| | |
| **Gross Profit** | 2,534,965 |
| | |
| **OPERATING EXPENSES** | |
| Advertising | 217,471 |
| Employee benefit programs | 52,103 |
| Professional fees | 24,600 |
| Officer wages | 129,780 |
| Other salaries | 1,352,301 |
| Payroll taxes | 129,351 |
| Payroll service fees | 9,515 |
| Commissions | 28,362 |
| Lead fees | 26,420 |
| Bartering fees | 2,436 |
| Insurance | 154,858 |
| Membership dues | 5,549 |
| Bank and credit card fees | 33,504 |
| Depreciation expense | 339 |
| Amortization expense | 320 |
| Licenses and permits | 11,090 |
| Office expenses | 26,644 |
| Repairs and maintenance | 2,248 |
| Rent expense | 85,276 |
| Sanitation | 16,860 |
| Telephone | 55,431 |
| Utilities | 12,915 |
| Travel | 17,426 |
| Meals | 3,002 |
| Court Costs | 6,000 |
| Interest Expense | 21,362 |
| | |
| Total Operating Expenses | 2,425,160 |
| | |
| **NET INCOME** | $ 109,805 |

See Accountant's Compilation of a Financial Projection Letter

**WEISMAN & COMPANY**
CERTIFIED PUBLIC ACCOUNTANTS

170 NORTH COUNTRY ROAD
SUITE 2
PORT JEFFERSON, NEW YORK 11777

TEL: (631) 331-1111
FAX: (631) 331-1074

LANNY J. WEISMAN, CPA

MEMBERS
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
NEW YORK STATE SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of December 31, 2011, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection. We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants. If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period. Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

WEISMAN & COMPANY, CPA'S

_Lanny J. Weisman, CPA_

April 7, 2009

# ADVANCED CHIMNEY INC.
# PROJECTED BALANCE SHEET
# AS OF DECEMBER 31, 2011

| ASSETS | | 12/31/2011 |
|---|---|---:|
| **Current Assets** | | |
| Cash and cash equivalents | $ | 287,778 |
| Total Current Assets | | 287,778 |
| | | |
| **Fixed Assets:** | | |
| Machinery & Equipment | | 51,697 |
| Furniture, Fixtures and Office Equipment | | 13,814 |
| Leasehold Improvements | | 10,172 |
| Vehicles | | 479,506 |
| Intangibles | | 1,600 |
| Less: Accumulated Depreciation/Amortization | | (547,297) |
| Total Fixed Assets | | 9,492 |
| | | |
| **Total Assets** | $ | 297,270 |

### LIABILITIES AND SHAREHOLDERS' EQUITY

| | | | |
|---|---:|---:|---:|
| Liabilities | | | |
| Priority Liabilities | $ | | - |
| Secured Liabilities | | | 125,265 |
| Unsecured Liabilites | | | 46,500 |
| Total Liabilities | | | 171,766 |
| | | | |
| Shareholders' Equity | | | |
| Common Stock (issued and outstanding) | | | 1,000 |
| Retained Earnings 1/1/11 | | 178 | |
| Net Income | | 124,326 | 124,504 |
| | | | |
| Total Shareholders' Equity | | | 125,504 |
| | | | |
| **Total Liabilities and Shareholders' Equity** | $ | | 297,270 |

See Accountant's Compilation of a Financial Projection Letter

# ADVANCED CHIMNEY INC.
## PROJECTED STATEMENT OF EARNINGS
## FOR THE YEAR ENDED DECEMBER 31, 2011

| REVENUES | 12/31/2011 |
|---|---:|
| Income from sales | $ 4,070,131 |
| Less: Customer Refunds | (10,603) |
| Net Revenue | 4,059,528 |
| | |
| Cost of Sales: | |
| Auto and truck expense | 380,126 |
| Purchases of parts and materials | 869,872 |
| Subcontractors | 134,813 |
| Customer repairs | 9,754 |
| Equipment rentals | 3,251 |
| Total Cost of Sales | 1,397,816 |
| | |
| **Gross Profit** | 2,661,713 |
| | |
| **OPERATING EXPENSES** | |
| Advertising | 228,344 |
| Employee benefit programs | 54,708 |
| Professional fees | 24,600 |
| Officer wages | 136,269 |
| Other salaries | 1,419,916 |
| Payroll taxes | 135,818 |
| Payroll service fees | 9,990 |
| Commissions | 29,780 |
| Lead fees | 27,741 |
| Bartering fees | 2,557 |
| Insurance | 162,601 |
| Membership dues | 5,826 |
| Bank and credit card fees | 35,179 |
| Depreciation expense | 339 |
| Amortization expense | 320 |
| Licenses and permits | 11,644 |
| Office expenses | 27,976 |
| Repairs and maintenance | 2,361 |
| Rent expense | 89,540 |
| Sanitation | 17,703 |
| Telephone | 58,203 |
| Utilities | 13,561 |
| Travel | 18,298 |
| Meals | 3,152 |
| Court Costs | 6,000 |
| Interest Expense | 14,962 |
| | |
| Total Operating Expenses | 2,537,387 |
| | |
| **NET INCOME** | $ 124,326 |

**See Accountant's Compilation of a Financial Projection Letter**

# WEISMAN & COMPANY
### CERTIFIED PUBLIC ACCOUNTANTS

170 NORTH COUNTRY ROAD
SUITE 2
PORT JEFFERSON, NEW YORK  11777

---

TEL: (631) 331-1111
FAX: (631) 331-1074

LANNY J. WEISMAN, CPA

MEMBERS
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
NEW YORK STATE SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

## COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of December 31, 2012, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants.  The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection.  We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions.  We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants.  If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period.  Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

WEISMAN & COMPANY, CPA'S

*[signature]*

Lanny J. Weisman, CPA

April 7, 2009

# ADVANCED CHIMNEY INC.
# PROJECTED BALANCE SHEET
# AS OF DECEMBER 31, 2012

| ASSETS | | 12/31/2012 |
|---|---|---:|
| **Current Assets** | | |
| Cash and cash equivalents | $ | 318,666 |
| Total Current Assets | | 318,666 |
| | | |
| **Fixed Assets:** | | |
| Machinery & Equipment | | 51,697 |
| Furniture, Fixtures and Office Equipment | | 13,814 |
| Leasehold Improvements | | 10,172 |
| Vehicles | | 479,506 |
| Intangibles | | 1,600 |
| Less: Accumulated Depreciation/Amortization | | (547,956) |
| Total Fixed Assets | | 8,833 |
| | | |
| **Total Assets** | $ | 327,499 |

### LIABILITIES AND SHAREHOLDERS' EQUITY

| | | | |
|---|---:|---:|---:|
| Liabilities | | | |
| Priority Liabilities | $ | | - |
| Secured Liabilities | | | 43,641 |
| Unsecured Liabilites | | | 15,500 |
| Total Liabilities | | | 59,141 |
| | | | |
| Shareholders' Equity | | | |
| Common Stock (issued and outstanding) | | | 1,000 |
| Retained Earnings 1/1/12 | | 124,504 | |
| Net Income | | 142,854 | 267,358 |
| | | | |
| Total Shareholders' Equity | | | 268,358 |
| | | | |
| **Total Liabilities and Shareholders' Equity** | $ | | 327,499 |

**See Accountant's Compilation of a Financial Projection Letter**

# ADVANCED CHIMNEY INC.
## PROJECTED STATEMENT OF EARNINGS
## FOR THE YEAR ENDED DECEMBER 31, 2012

| REVENUES | 12/31/2012 |
|---|---:|
| Income from sales | $ 4,273,638 |
| Less: Customer Refunds | (11,133) |
| Net Revenue | 4,262,505 |
| | |
| Cost of Sales: | |
| Auto and truck expense | 399,132 |
| Purchases of parts and materials | 913,366 |
| Subcontractors | 141,554 |
| Customer repairs | 10,242 |
| Equipment rentals | 3,414 |
| Total Cost of Sales | 1,467,706 |
| | |
| **Gross Profit** | 2,794,798 |

| OPERATING EXPENSES | |
|---|---:|
| Advertising | 239,761 |
| Employee benefit programs | 57,444 |
| Professional fees | 24,600 |
| Officer wages | 143,082 |
| Other salaries | 1,490,912 |
| Payroll taxes | 142,609 |
| Payroll service fees | 10,490 |
| Commissions | 31,269 |
| Lead fees | 29,128 |
| Bartering fees | 2,685 |
| Insurance | 170,731 |
| Membership dues | 6,117 |
| Bank and credit card fees | 36,938 |
| Depreciation expense | 339 |
| Amortization expense | 320 |
| Licenses and permits | 12,226 |
| Office expenses | 29,375 |
| Repairs and maintenance | 2,479 |
| Rent expense | 94,017 |
| Sanitation | 18,588 |
| Telephone | 61,113 |
| Utilities | 14,239 |
| Travel | 19,212 |
| Meals | 3,310 |
| Court Costs | 3,000 |
| Interest Expense | 7,961 |
| | |
| Total Operating Expenses | 2,651,944 |
| | |
| **NET INCOME** | $ 142,854 |

**See Accountant's Compilation of a Financial Projection Letter**

**WEISMAN & COMPANY**
CERTIFIED PUBLIC ACCOUNTANTS

170 NORTH COUNTRY ROAD
SUITE 2
PORT JEFFERSON, NEW YORK 11777

TEL: (631) 331-1111
FAX: (631) 331-1074

LANNY J. WEISMAN, CPA

MEMBERS
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
NEW YORK STATE SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

## COMPILATION OF A FINANCIAL PROJECTION

To Whom It May Concern:

We have compiled the accompanying projected balance sheet and statement of earnings of Advanced Chimney, Inc. as of December 31, 2013, and for the year then ending, in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying projection was prepared for the use of the United States Bankruptcy Court, Eastern District of New York.

A compilation is limited to presenting in the form of a projection information that is the representation of management and does not include evaluation of the support for the assumptions underlying the projection. We have not examined the projection and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

Management has elected to omit the summary of significant accounting policies required by the guidelines for presentation of a projection established by the American Institute of Certified Public Accountants. If the omitted disclosures were included in the projection, they might influence the user's conclusions about the company's financial position and results of operations for the projection period. Accordingly, this projection is not designed for those who are not informed about such matters.

The accompanying projection and this report are intended solely for the information and use of the United States Bankruptcy Court, Eastern District of New York, and are not intended to be and should not be used by anyone other than the specified party.

WEISMAN & COMPANY, CPA'S

_____
Lanny J. Weisman, CPA

April 7, 2009

# ADVANCED CHIMNEY INC.
# PROJECTED BALANCE SHEET
# AS OF DECEMBER 31, 2013

| ASSETS | | 12/31/2013 |
|---|---|---:|
| **Current Assets** | | |
|     Cash and cash equivalents | $ | 418,800 |
|         Total Current Assets | | 418,800 |
| | | |
| **Fixed Assets:** | | |
|     Machinery & Equipment | | 51,697 |
|     Furniture, Fixtures and Office Equipment | | 13,814 |
|     Leasehold Improvements | | 10,172 |
|     Vehicles | | 479,506 |
|     Intangibles | | 1,600 |
|     Less: Accumulated Depreciation/Amortization | | (548,615) |
|         Total Fixed Assets | | 8,174 |
| | | |
| **Total Assets** | $ | 426,974 |

### LIABILITIES AND SHAREHOLDERS' EQUITY

| | | | |
|---|---:|---|---:|
| Liabilities | | | |
|     Priority Liabilities | | $ | - |
|     Secured Liabilities | | | - |
|     Unsecured Liabilites | | | - |
|         Total Liabilities | | | - |
| | | | |
| Shareholders' Equity | | | |
|     Common Stock (issued and outstanding) | | | 1,000 |
|     Retained Earnings 1/1/13 | 267,358 | | |
|         Net Income | 158,616 | | 425,974 |
| | | | |
|     Total Shareholders' Equity | | | 426,974 |
| | | | |
| **Total Liabilities and Shareholders' Equity** | | $ | 426,974 |

**See Accountant's Compilation of a Financial Projection Letter**

# ADVANCED CHIMNEY INC.
## PROJECTED STATEMENT OF EARNINGS
## FOR THE YEAR ENDED DECEMBER 31, 2013

| REVENUES | 12/31/2013 |
|---|---:|
| Income from sales | $ 4,487,320 |
| Less: Customer Refunds | (11,690) |
| Net Revenue | 4,475,630 |
| | |
| Cost of Sales: | |
| Auto and truck expense | 419,088 |
| Purchases of parts and materials | 959,034 |
| Subcontractors | 148,631 |
| Customer repairs | 10,754 |
| Equipment rentals | 3,584 |
| Total Cost of Sales | 1,541,092 |
| | |
| **Gross Profit** | 2,934,538 |
| | |
| **OPERATING EXPENSES** | |
| Advertising | 251,749 |
| Employee benefit programs | 60,316 |
| Professional fees | 24,600 |
| Officer wages | 150,237 |
| Other salaries | 1,565,457 |
| Payroll taxes | 149,740 |
| Payroll service fees | 11,014 |
| Commissions | 32,832 |
| Lead fees | 30,584 |
| Bartering fees | 2,819 |
| Insurance | 179,267 |
| Membership dues | 6,423 |
| Bank and credit card fees | 38,785 |
| Depreciation expense | 339 |
| Amortization expense | 320 |
| Licenses and permits | 12,838 |
| Office expenses | 30,843 |
| Repairs and maintenance | 2,603 |
| Rent expense | 98,717 |
| Sanitation | 19,517 |
| Telephone | 64,168 |
| Utilities | 14,951 |
| Travel | 20,173 |
| Meals | 3,475 |
| Court Costs | 3,000 |
| Interest Expense | 1,153 |
| | |
| Total Operating Expenses | 2,775,922 |
| | |
| **NET INCOME** | $ 158,616 |

**See Accountant's Compilation of a Financial Projection Letter**