UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                                  Chapter 11

ADVANCED CHIMNEY INC.,                                Case No.: 08-74464-ast

                                                               **CERTIFICATION OF**
                                 Debtor.                       **BALLOTS ON THIRD**
-------------------------------------------------------x       **AMENDED PLAN**

      ADVANCED CHIMNEY INC., the above-captioned Debtor-in-possession, by MACCO & STERN, LLP, certifies and affirms under penalty of perjury that ballots were solicited pursuant to Order dated July 30, 2009, within which Class 2 may accept or reject the Plan.

      The Debtor asserts that this impaired Class set forth in the Debtor's Third Plan of Reorganization dated July 21, 2009 has accepted the Debtor's Plan as defined in 11 U.S.C. §1126 and that the debtor has further complied with §1129 (7)(a) in that each holder of a claim or interest with respect to each class of creditors has accepted the Plan.

      Annexed as Exhibit "A" is a copy of the ballots for the impaired classes of creditors which is broken down as follows:

      CLASS 2 UNSECURED, NON-PRIORITY CREDITOR
            Acceptance  5 Ballots       $106,529.54
            Rejection    0 Ballots       $0

Dated:  Melville, New York
         August 24, 2009

                                                      MACCO & STERN, LLP
                                                      Attorneys for Debtor
                                                      By: s/Michael J. Macco_____
                                                      135 Pinelawn Road
                                                      Suite 120 South
                                                      Melville, New York 11747
                                                      (631) 549-7900